IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00651 PVT |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AUTHORIZING TRAVEL |
| ) | |
| vs. ) | |
| ) | |
| OLIVIA ESCAMILLA, ) | **Hon. Patricia V. Trumbull** |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Order Setting Conditions of Release and Appearance Bond issued August 21, 2006 be modified to permit Ms. Escamilla to travel to the Central District of California, from November 8 to 11, 2006 and from November 17 to 18, 2006. All other conditions of release remain in full force and effect.

IT IS FURTHER ORDERED that Ms. Escamilla shall provide her itinerary and local contact information to United States Pretrial Services prior to leaving the Northern District of California and shall notify Pretrial Service upon her return.

Dated: November 6, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Authorizing Travel         1