IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00651 PVT |
| Plaintiff, | ) ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | ) ) | |
| OLIVIA ESCAMILLA, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the

sentencing hearing currently scheduled for January 18, 2007 at 11:30 a.m. shall be continued to

February 15, 2007 at 9:30 a.m.

Dated: December 15, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Continuing Sentencing Hearing          1